UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Pensacola_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS
UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Ray Chris Mobley

(Enter full name of Plaintiff(s))

VS.

CASE NO: 5:11cv284-MP/GRJ
(To be assigned by Clerk)

Unknown Captain et al.
Sam Denham
Greg Peel
Frank McKeithen

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

I. **PLAINTIFF:**
State your full name and full mailing address in the lines below.

Name of Plaintiff: Ray Chris Mobley
Mailing address: 150 Hickory Point Road
Buckhead, GA 30625

II. **DEFENDANT(S):**
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Unknown Captain
    Official position: Captain
    Employed at: Bay County Sheriff's Office
    Mailing address: 3421 Hwy 77
    Panama City, FL 32405

(2) Defendant's name: Sam Denham
    Official position: Deputy
    Employed at: B.C.S.O.
    Mailing address: 3421 Hwy 77
    Panama City, FL 32405

(3) Defendant's name: Greg Peel
    Official position: Captain (Warrants/Transport)
    Employed at: B.C.S.O.
    Mailing address: 3421 Hwy 77
    Panama City, FL 32405

(4) Defendant's name: Frank McKeithen
    Official position: Sheriff
    Employed at: B.C.S.O.
    Mailing address: 3421 Hwy 77
    Panama City, FL 32405

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

① On May 29, 2005 I was falsely arrested on a 1986 Frivolous D.U.I warrant for a Ray Mobley. (My name is Ray "Chris" Mobley and I have always gone by my middle name.) This said warrant was issued through a Captain Greg Peel with Bay County Sheriff's Office. Peel is commander for warrants and transport. He is also closely associated with Frank McKeithen, Sheriff of B.C.S.O.

② The arrest was conducted by Mr. Peels girlfriend, a Sgt. Vicky J. Heath who works in the Child Support Division (C.S.D.) at the court house. I had met Ms. Heath approx (2) weeks earlier when she, out of uniform, and in a "unmarked" car, questioned me about a rental property I own. When asked who she was, she became offended and ordered me to follow her the my rental property. Because she never informed me of her being a sworn L.E.O., and never displaying a badge or Identification, I exercised my rights and denied her threating order, and went to another one of my job sites.

3

This display of my constitutional rights did infuriate Ms. Heath as she returned several times over the next few days to my neighborhood questioning my neighbors of my name and/or idenity. She also in addition left word for me through these neighbors that she had a warrant for my arrest, and would get me one way or another. My friends and neighbors relayed this message to me adding I should be careful, that she was "out to get me anyway she can."

So on this 29th day of May 2005 at approx. 12:00+ noon, Ms Heath executed this frivolous warrant fracturing my left wrist and doing permanent damage. (please see case no.'s 5:07 cv 118 RS-CJK Appellate No. 11-12929 C Let the record additionally show that the statute of limitation had clearly expired And that the Ray Mobley, named on this warrant was Not Me. Therefore giving her additional false charge of resisting arrest with violence No prima facie for prosecution. The D.U.I. charge was dismissed, the other false charge is still being appealed. Ms. Heath did have a personal vendetta with me.

3) On September 20, 2005 Captain Greg Peel did violate my due process of law (5th Amendment) knowingly and willfully. See Case 5:11 cv 142 RS-GRJ.

④ On september 26, 2005 Captain Greg Peel did have me unlawfully removed from the Bay County Jail and brought to his office by D.S. Sam Denham where I was Again served with someone else's civil summons (2nd time) by a Process Server named Joe Lee (who is also employed by the B.C.S.O.) **see case** no.: 5:11 cv 171 RH-EMT)

⑤ After I was served, I was Aggravatedly Battered by Captain Greg Peel and D/s Sam Denham. And then again Falsely Charged and Falsely Imprisoned in an effort to cover-up their heinous crime. see case No.'s: 5:09 cv 332 RS-MD Apellate No.: 11-12883-B 5:11 cv 183 RS-EMT, 5:11 cv 173 RS-CJK 5:11 cv 200 RH-GRJ All with Greg Peel and B.C.S.O. Through a "Wide Spread" history with Causal Connection.

⑥ In October of 2005 D/s Sam Denham did slander my name to Jail Trustee's while serving as bailiff for the First Appearance Court on the 2nd floor of Jail, by making false statements for me being detained as "a child molester. This false statement or "Slander" did lead to another most heinous attack see case No.: 5:09 cv 342 MCR-EMT and new complaint filed as Ray Mobley V. Sam Denham etal.

⑦ On or about Jan/Feb 2008 I was unlawfully transported from Santa Rosa County by B.C.S.O. and Captain Greg Peel's division by O.S. Mark Sowell at which time I was again "Aggravatedly Battered" while alone with Mr. Sowell and strictly against protocal procedure. (Please see case No.: 5:11cv179 RS-CJK. When we arrived at the Bay County Jail (in the middle of night) Mr. Peel and Mr. Sowell again had pre-meditated a Code Red Alert (FALSE) and again Slandered my Name as a violent and combative inmate as means to force/coerce me to plea guilty to Mr. Peels false charge from 9-26-2011. This again made for a very unpleasant and inhumane stay as a result of this new Assault and Battery with "Slander".

⑧ On the morning of April 02, 2008 and as a result of Greg Peel's violation of due process on 9-20-2005 (see case 5:11cv142) I was "again" transferred by Greg Peel's division by a "Unknown Captain" and O/s. Sam Denham, both with B.C.S.O to Washington County C.I. to be admitted into the Florida Dept. of Corrections on a exhausted — sentence from Walton County (see case's 5:11cv142 RS-GRJ, and 3:11cv297 MCR-EMT.

6

9) When I was turned over to six awaiting D.O.C. intake officers (All personally known by 2 BCSO deputy's) This unknown Captain and D.S. Sam Denham while in front of (12) wittnesses DID again Personally "SLANDER" my name as a violent and combative inmate who had even taken a swing at their "Captain" Greg Peel. This was a blatant lie and false Statement of SLANDER that DID again cause me to be physically & aggravatedly Battered by D.O.C personel (see case No. 5:11cv172 RH-GRJ Ray Mobley v. Brock et al.) with both serious physical, mental, and emotional inguries with permanent damage that I do still suffer from today in the form of P.T.S.D., Nightmares, Anxiety, Fright Sleeplessness and/or Serious Mental health issues.

10) Let the record show that these defendant's did Knowingly, Willfully and with malicious intent after being Pre Meditated with Captain Greg Peel, "Defamate my caricature and "Slander" my name and person while Knowing the violent and malicious treatment that would follow.

11) This hienous act Was done Under Color of Law and with Malicious Intent and "again for the Seventh time through the actions of Greg Peel and deputy's with the Bay County Sheriff's Office cause physical

6

Mental and Emotional Injury.

12) These incidents had been reported to NO avail. The plaintiff does feel that the county or at least the Sheriff Frank McKeithen should be liable for these heinous and criminal acts with Permanent INJURY and Emotional Distress. And this would NOT be the last time this would intentionally happen to me by direct means of Greg Peel and the B.C.S.O as they would and did continue to force and coerce me to plead Guilty to Mr. Peels False Charge of Resisting Officer with violence from September 26, 2005 and dismissed December 03, 2008.

13) I again refused to be forced to plea to false charges, and again was severely beaten and breaking my right hand this time (5:11 cv 172 RH GRJ) Although I remained to stand for what I believed in.... It came at a horrific cost.

14) I can only hope and pray this court will now address this Travesty and Miscarriage of Justice of this type of Misconduct by a Law Enforcement Agency and it Officers. For I will carry these physical & Mental injuries forever!

## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

① By way of Greg Peel, and a widespread history of his physical, mental and emotional abuse to my person, the malicious slander by the unknowned Captain and Sam Denham did cause serious physical and mental injury that I do still suffer from in the form of P.T.S.D. ② That this misconduct was premeditated and/or planed with criminal and malicious intent as a form of reprisal, and/or coercion to force me to plead guilty to Peels then still pending false Charge, I had been fighting since 9-26-05. ③ This misconduct was done under color of state law.

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Demand for Judgment and relief. Case to be sealed. All court cost paid by defendants. Allowed to proceed in form pauperis. Defendants served. Complaint expedited. 250K in general damages, 750K in punitive damages. For Injury, Pain & Suffering, Intentional infliction of emotional distress, Mental injury, P.T.S.D. Anxiety, Fright, Shock, Sleeplessness, Permanent Mental damage!

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

August 9, 2011
(Date)

Ray Chris Mobley
(Signature of Plaintiff)

Revised 07/02

4



150 Hickory Point Rd.
Buckhead GA
30___ COUNTY SHERIFF'S OFFICE
111 RIDLEY DRIVE
EATONTON, GA 31024

LEGAL

Office of the Clerk
United States District Court
Northern District of Florida
1 North Palafox Street
Pensacola FL 32502