### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

    Plaintiff,

v.                                        CASE NO. 5:11cv284-MP-GRJ

SAM DENHAM, et al.,

    Defendants.

_____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 17, 2011. (Doc. 7).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  This case is dismissed, and the Clerk is directed to close the file.

    **DONE and ORDERED** this 9th day of January, 2012.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**